Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16948−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilma M. Nagtegaal                                   Marc J. Nagtegaal
   719 Franklinville Road                              719 Franklinville Road
   Mullica Hill, NJ 08062                              Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−8317                                            xxx−xx−1239

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 4, 2021.

Dated: November 4, 2021
JAN: kvr

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-16948-JNP
Wilma M. Nagtegaal  Chapter 13
Marc J. Nagtegaal
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Nov 04, 2021  Form ID: plncf13  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilma M. Nagtegaal, Marc J. Nagtegaal, 719 Franklinville Road, Mullica Hill, NJ 08062-4705 |
| 519300607 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519298296 | + | Amber Nagtegaal, 719 Franklinville Road, Mullica Hill, NJ 08062-4705 |
| 519298297 | | Bank of America, Attn: Bankruptcy Department, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519301503 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519330541 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 519298310 | + | Mariner Finance, LLC, Attn: Bankruptcy Department, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519346479 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519298317 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519298319 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519311465 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519298295 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2021 20:28:00 | Ally, Attn: Bankrutpcy Department, PO Box 130424, Roseville, MN 55113-0004 |
| 519332335 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2021 20:32:09 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519298298 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2021 20:32:15 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519298299 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2021 20:32:08 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519328952 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 04 2021 20:32:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519328953 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 04 2021 20:32:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519335488 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 20:32:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519298300 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 20:32:17 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519298301 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 20:32:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St |

Case 21-16948-JNP    Doc 21    Filed 11/06/21    Entered 11/07/21 00:11:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 04, 2021 | Form ID: plncf13 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 519298303 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 20:29:00 | ComenityCapital/Boscov, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519298302 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 20:29:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519298304 | + | Email/Text: bankruptcy@connexuscu.org | Nov 04 2021 20:29:00 | Connexus CU, Attn: Bankruptcy Department, PO Box 8026, Wausau, WI 54402-8026 |
| 519298305 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2021 20:32:03 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519307287 | + | Email/Text: mrdiscen@discover.com | Nov 04 2021 20:28:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519298306 | + | Email/Text: mrdiscen@discover.com | Nov 04 2021 20:28:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 519319669 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 04 2021 20:29:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 519298308 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 20:46:28 | Home Depot Credit Services, Dept. 32 - 2192640351, P O Box 9001030, Louisville, KY 40290-1030 |
| 519298307 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 20:32:17 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519298309 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 04 2021 20:29:00 | Hyundai Motor Finance, Attn: Bankruptcy Department, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519335776 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 20:32:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519298311 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 20:32:17 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 519298312 | + | Email/PDF: cbp@onemainfinancial.com | Nov 04 2021 20:32:08 | OneMain, Attn: Bankruptcy Department, 600 NW 2nd Street #300, Evansville, IN 47708-1014 |
| 519298313 | + | Email/PDF: cbp@onemainfinancial.com | Nov 04 2021 20:32:08 | OneMain, Attn: Bankruptcy Department, PO Box 3251, Evansville, IN 47731-3251 |
| 519316922 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2021 20:29:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 519348558 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2021 20:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519298314 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 04 2021 20:29:00 | Quicken Loans, Attn: Bankruptcy Department, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519298315 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 20:32:16 | Syncb/walmart, Attn: Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |
| 519299729 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 20:32:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519298316 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 20:32:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519349195 | + | Email/Text: bncmail@w-legal.com | Nov 04 2021 20:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519298318 | | Email/Text: bknotice@upgrade.com | Nov 04 2021 20:28:00 | Upgrade, Inc., Attn: Bankruptcy Department, 275 Battery Street 23rd Floor, San Francisco, CA |

(row continues) Louis, MO 63179-0034

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: plncf13 | Total Noticed: 44 |

94111

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Marc J. Nagtegaal sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| S. Daniel Hutchison | on behalf of Debtor Wilma M. Nagtegaal sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5