Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 21-16948 (JNP)**

Wilma M. Nagtegaal and Marc J. Nagtegaal
719 Franklinville Road
Mullica Hill, NJ  08062

Monthly Payment: $595.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/17/2021 | $595.00 | 10/12/2021 | $595.00 | 11/09/2021 | $595.00 | 12/09/2021 | $595.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILMA M. NAGTEGAAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $1,635.06 | $3,114.94 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMBER NAGTEGAAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $4,192.22 | $0.00 | $4,192.22 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $3,053.73 | $0.00 | $3,053.73 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $3,472.56 | $0.00 | $3,472.56 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $376.15 | $0.00 | $376.15 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $2,333.70 | $0.00 | $2,333.70 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $564.59 | $0.00 | $564.59 | $0.00 |
| 10 | CONNEXUS CU | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,381.73 | $0.00 | $1,381.73 | $0.00 |
| 12 | DISCOVER BANK | 33 | $1,688.48 | $0.00 | $1,688.48 | $0.00 |
| 13 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MARINER FINANCE, LLC | 33 | $6,833.97 | $0.00 | $6,833.97 | $0.00 |
| 17 | CITIBANK, N.A. | 33 | $331.73 | $0.00 | $331.73 | $0.00 |
| 18 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $6,614.70 | $0.00 | $6,614.70 | $0.00 |
| 19 | ONEMAIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ROCKET MORTGAGE, LLC | 24 | $75.00 | $0.00 | $75.00 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $411.68 | $0.00 | $411.68 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $746.10 | $0.00 | $746.10 | $0.00 |
| 23 | TD BANK USA, N.A. | 33 | $509.49 | $0.00 | $509.49 | $0.00 |
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | UPGRADE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK, N.A. | 33 | $1,185.68 | $0.00 | $1,185.68 | $0.00 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MARC J. NAGTEGAAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 29 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $1,421.11 | $0.00 | $1,421.11 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 60.00 | $595.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,380.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $545.02 |
| Arrearages: | $0.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**