Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-16948 (JNP)

Wilma M. Nagtegaal and Marc J. Nagtegaal  
719 Franklinville Road  
Mullica Hill, NJ  08062

Monthly Payment: $595.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $595.00 | 02/09/2022 | $595.00 | 03/09/2022 | $595.00 | 04/11/2022 | $595.00 |
| 05/09/2022 | $595.00 | 06/09/2022 | $595.00 | 07/12/2022 | $595.00 | 08/09/2022 | $595.00 |
| 09/12/2022 | $595.00 | 10/11/2022 | $595.00 | 11/09/2022 | $595.00 | 12/09/2022 | $595.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILMA M. NAGTEGAAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $1,635.06 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMBER NAGTEGAAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $4,192.22 | $399.67 | $3,792.55 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $3,053.73 | $291.13 | $2,762.60 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $3,472.56 | $331.06 | $3,141.50 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $376.15 | $35.86 | $340.29 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $2,333.70 | $222.48 | $2,111.22 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $564.59 | $53.83 | $510.76 | $0.00 |
| 10 | CONNEXUS CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,381.73 | $131.72 | $1,250.01 | $0.00 |
| 12 | DISCOVER BANK | 33 | $1,688.48 | $160.97 | $1,527.51 | $0.00 |
| 13 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MARINER FINANCE, LLC | 33 | $6,833.97 | $651.52 | $6,182.45 | $0.00 |
| 17 | CITIBANK, N.A. | 33 | $331.73 | $31.62 | $300.11 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,614.70 | $630.61 | $5,984.09 | $0.00 |
| 19 | ONEMAIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ROCKET MORTGAGE, LLC | 24 | $75.00 | $75.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $411.68 | $39.25 | $372.43 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $746.10 | $71.13 | $674.97 | $0.00 |
| 23 | TD BANK USA, N.A. | 33 | $509.49 | $48.57 | $460.92 | $0.00 |
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | UPGRADE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK, N.A. | 33 | $1,185.68 | $113.04 | $1,072.64 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MARC J. NAGTEGAAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $1,421.11 | $135.48 | $1,285.63 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 60.00 | $595.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,140.00 |
| Total paid to creditors this period: | $1,635.06 |
| Undistributed Funds on Hand: | $543.83 |
| Arrearages: | $0.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**