UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Wilma Nagtegaal & Marc Nagtegaal,

Debtors.

| | |
|---|---|
| Case No.: | 21-16948-JNP |
| Chapter: | 13 |
| Hearing Date: | 09/05/2023 |
| Judge: | Poslusny |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 63 Hickory Street (Docket # 27)

_____

Date: 08/30/2023            /s/ Denise Carlon
                            Signature

*rev.8/1/15*