Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-16948 (JNP)

Wilma M. Nagtegaal and Marc J. Nagtegaal  
719 Franklinville Road  
Mullica Hill, NJ  08062

Monthly Payment: $613.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2023 | $595.00 | 02/09/2023 | $595.00 | 03/09/2023 | $595.00 | 04/10/2023 | $595.00 |
| 05/09/2023 | $595.00 | 06/09/2023 | $595.00 | 07/11/2023 | $595.00 | 08/09/2023 | $595.00 |
| 09/12/2023 | $595.00 | 10/10/2023 | $613.00 | 11/09/2023 | $613.00 | 12/11/2023 | $613.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILMA M. NAGTEGAAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMBER NAGTEGAAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $4,192.22 | $1,110.55 | $3,081.67 | $710.88 |
| 5 | CAPITAL ONE, N.A. | 33 | $3,053.73 | $808.97 | $2,244.76 | $517.84 |
| 6 | CITIBANK, N.A. | 33 | $3,472.56 | $919.92 | $2,552.64 | $588.86 |
| 7 | CITIBANK, N.A. | 33 | $376.15 | $99.64 | $276.51 | $63.78 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $2,333.70 | $618.23 | $1,715.47 | $395.75 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $564.59 | $149.56 | $415.03 | $95.73 |
| 10 | CONNEXUS CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,381.73 | $366.03 | $1,015.70 | $234.31 |
| 12 | DISCOVER BANK | 33 | $1,688.48 | $447.30 | $1,241.18 | $286.33 |
| 13 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MARINER FINANCE, LLC | 33 | $6,833.97 | $1,810.41 | $5,023.56 | $1,158.89 |
| 17 | CITIBANK, N.A. | 33 | $331.73 | $87.88 | $243.85 | $56.26 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,614.70 | $1,752.32 | $4,862.38 | $1,121.71 |
| 19 | ONEMAIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ROCKET MORTGAGE, LLC | 24 | $75.00 | $75.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $411.68 | $109.06 | $302.62 | $69.81 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $746.10 | $197.65 | $548.45 | $126.52 |
| 23 | TD BANK USA, N.A. | 33 | $509.49 | $134.97 | $374.52 | $86.40 |
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | UPGRADE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK, N.A. | 33 | $1,185.68 | $314.10 | $871.58 | $201.06 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MARC J. NAGTEGAAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $1,421.11 | $376.46 | $1,044.65 | $240.98 |
| 32 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 24.00 | $0.00 |
| 09/01/2023 | Paid to Date | $14,875.00 |
| 10/01/2023 | 35.00 | $613.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,194.00 |
| Total paid to creditors this period: | $6,493.11 |
| Undistributed Funds on Hand: | $554.17 |
| Arrearages: | $613.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**