UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

| | |
|---|---|
| In Re:<br><br>**Wilma M. Nagtegaal**<br>**Marc J. Nagtegaal**<br><br>**Debtor's** | Case No. 21-16948 (JNP)<br><br>Judge:  Jerrold N. Poslusny, Jr.<br><br>**STIPULATION ADJUSTING**<br>**TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $20,392 total receipts applied to plan, then $716.00 per month for the remaining twenty-six (26) months, commencing July 1, 2024 for a total of sixty (60) months.

<u>**An amended TFS-epay to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Stipulation.**</u>

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on November 3, 2021, remain in effect.

S/ Daniel Hutchison, Esquire
Attorney for Debtor

Dated: 6-26-24

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated:  6/26/2024

---

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2