Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-16948 (JNP)**

Monthly Payment: $716.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Wilma M. Nagtegaal and Marc J. Nagtegaal
719 Franklinville Road
Mullica Hill, NJ 08062

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2025 | $716.00 | 02/10/2025 | $716.00 | 03/10/2025 | $716.00 | 04/09/2025 | $716.00 |
| 05/09/2025 | $716.00 | 06/09/2025 | $716.00 | 07/10/2025 | $716.00 | 08/15/2025 | $719.99 |
| 09/15/2025 | $720.00 | 10/09/2025 | $716.00 | 11/10/2025 | $716.00 | 12/09/2025 | $716.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILMA M. NAGTEGAAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMBER NAGTEGAAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $4,192.22 | $2,595.26 | $1,596.96 | $637.66 |
| 5 | CAPITAL ONE, N.A. | 33 | $3,053.73 | $1,890.46 | $1,163.27 | $464.48 |
| 6 | CITIBANK, N.A. | 33 | $3,472.56 | $2,149.74 | $1,322.82 | $528.18 |
| 7 | CITIBANK, N.A. | 33 | $376.15 | $225.96 | $150.19 | $57.22 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $2,333.70 | $1,444.71 | $888.99 | $354.96 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $564.59 | $349.52 | $215.07 | $85.88 |
| 10 | CONNEXUS CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,381.73 | $855.38 | $526.35 | $210.17 |
| 12 | DISCOVER BANK | 33 | $1,688.48 | $1,045.28 | $643.20 | $256.82 |
| 13 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MARINER FINANCE, LLC | 33 | $6,833.97 | $4,230.67 | $2,603.30 | $1,039.44 |
| 17 | CITIBANK, N.A. | 33 | $331.73 | $199.28 | $132.45 | $50.46 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,614.70 | $4,094.93 | $2,519.77 | $1,006.10 |
| 19 | ONEMAIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ROCKET MORTGAGE, LLC | 24 | $75.00 | $75.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $411.68 | $254.86 | $156.82 | $62.61 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $746.10 | $461.88 | $284.22 | $113.48 |
| 23 | TD BANK USA, N.A. | 33 | $509.49 | $315.41 | $194.08 | $77.49 |
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | UPGRADE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK, N.A. | 33 | $1,185.68 | $734.01 | $451.67 | $180.34 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MARC J. NAGTEGAAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $1,421.11 | $879.76 | $541.35 | $216.16 |
| 32 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 33 | ALLY FINANCIAL | 24 | $2,394.24 | $2,394.24 | $0.00 | $2,394.24 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 33.00 | $0.00 |
| 06/01/2024 | Paid to Date | $20,392.00 |
| 07/01/2024 | 26.00 | $716.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,599.99 |
| Total paid to creditors this period: | $7,735.69 |
| Undistributed Funds on Hand: | $657.38 |
| Arrearages: | ($7.99) |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**