**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:

Wilma M. Nagtegaal
Marc J. Nagtegaal

Debtor(s).

Case No. 21-16948-JNP
Chapter 13

## NOTICE OF APPEARANCE

**Rocket Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of September, 2026, to the following:

S. Daniel Hutchison
Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
teamlaw@hutchisonlaw.net
***Attorney for Debtor(s)***

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
ecfmail@standingtrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Wilma M. Nagtegaal
719 Franklinville Road
Mullica Hill, NJ 08062

Marc J. Nagtegaal
719 Franklinville Road
Mullica Hill, NJ 08062
***Debtor(s)***

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire